UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. WHITFIELD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. SOLIS,<br><br>　　　　　Respondent. | CIV F 04-5758 REC WMW HC<br><br>ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |

　　　　Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

　　　　On May 25, 2004, petitioner filed a petition for writ of habeas corpus and the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction.   Petitioner has not returned the consent/decline form.   At this time, the court shall require petitioner to complete a consent/decline form and return it to the court.

　　　　Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate

1

1 | Judge Jurisdiction.  Petitioner must complete and return the consent/decline form within thirty (30)
2 | days.  Failure to follow this order will result in a recommendation that this action be dismissed
3 | pursuant to Local Rule 11-110.
4 |     The Clerk of the Court is DIRECTED to send to petitioner another copy of the
5 | consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.
6 | IT IS SO ORDERED.
7 | **Dated:   May 25, 2005**             **/s/  William M. Wunderlich**
    bl0dc4                                 UNITED STATES MAGISTRATE JUDGE