UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID E. WHITFIELD, | ) | CIV F 04-5758 REC WMW HC |
|     Petitioner, | )<br>)<br>) | ORDER ASSIGNING ACTION TO<br>MAGISTRATE JUDGE WILLIAM M.<br>WUNDERLICH |
| v. | ) | |
| J. SOLIS, | ) | Old case # 1:04-CV-5758 REC WMW HC |
| | ) | New case # 1:04-CV-5758 WMW HC |
|     Respondent. | ) | |
| _____ | ) | |

      Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

      1.    This action is assigned to United States Magistrate Judge WILLIAM M. WUNDERLICH  for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

      2.    The Clerk of the Court is directed to assign this action in its entirety to Magistrate

1  Judge WILLIAM M. WUNDERLICH , and

2       3.    The new case number shall be

## 1:04-CV-5758 WMW HC

and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:  July 14, 2005**                                          **/s/ Robert E. Coyle**
668554                                                                                  UNITED STATES DISTRICT JUDGE