1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9
10
11

12   **DAVID E. WHITFIELD,**                    )        **CV F 04-5758 REC WMW HC**
                                                )
13                        **Petitioner,**        )        **ORDER GRANTING MOTION**
                                                )        **TO MODIFY BRIEFING**
14        **v.**                                 )        **SCHEDULE**
                                                )        [Doc. 7]
15                                               )
     **J. SOLIS, Warden,**                       )        **DENYING REQUEST  FOR**
16                                               )        **DEFAULT**
                          **Respondent.**        )        [Doc. 11]
17                                               )
     _____             )
18
19
20
21         Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant

22   to 28 U.S.C. Section 2254.  On January 27, 2005, the court entered an order requiring

23   Respondent to file a responsive pleading.  The order required Respondent to either file an

     answer within 90 days or to file a motion to dismiss within 60 days.
24
           On April 29, 2005, Respondent filed both a request to modify the briefing schedule
25
     and a motion to dismiss.  In his request to modify the briefing schedule, Respondent
26
     requested an extension of time to file his motion to dismiss.  The court overlooked that
27
     request by Respondent and failed to rule on it.  In his request, Respondent explains that
28

1

2
additional time was needed to file his motion to dismiss because of the need to obtain and

then review Petitioner's 16 prior state habeas petitions.  Good cause appearing,

3
Respondent's request to modify the briefing schedule is HEREBY GRANTED NUNC PRO

4
TUNC.

5
On May 13, 2005, Petitioner filed a request for entry of default.  Respondent has not

6
defaulted in this case, but rather has filed a motion to dismiss.  The court has now granted

7
Respondent an extension of time, nunc pro tunc, to file that motion.  Accordingly,

8
Petitioner's request for entry of default is HEREBY DENIED.

9
Petitioner has not responded to Respondent's motion to dismiss.  Because of the

10
court's responsibility in overlooking Respondent's motion to modify the briefing schedule,

11
the court will now grant Petitioner an extension of time to file a response to the motion to

12
dismiss.  Accordingly, Petitioner is HEREBY GRANTED twenty (20) days from the date of

13
service of this order within which to file a response to Respondent's motion to dismiss.

14
IT IS SO ORDERED.

15
**Dated:    February 15, 2006**          _____/s/  **William M. Wunderlich**_____
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28