1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

8
9
10
11

12

13

14

15

16

17

18

| DAVID E. WHITFIELD, | ) | CV F 04-5758  WMW HC |
|---|---|---|
| Petitioner, | ) | ORDER DISREGARDING OBJECTIONS |
| v. | ) | [Doc. 22] |
| J. SOLIS, Warden, | ) | |
| Respondent. | ) | |

19
20
21
22
23
24

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On April 29th, 2005, and June 7, 2005, respectively,  the parties in this case consented to the jurisdiction of the Magistrate Judge pursuant to Title 28 U.S.C. Section  636(c)(1).

25
26
27
28

On March 16, 2006, the undersigned entered a Memorandum Opinion and Order dismissing this case.  Judgment for Respondent was entered the same day.  On March 29, 2006, Petitioner filed "objections" to the Memorandum Opinion and Order pursuant to 28 U.S.C. Section 636(b)(1)(C).  The statutory provision relied upon by Petitioner, 28 U.S.C.

1   Section 636(b)(1)(C), concerns the filing of findings and recommendations by a magistrate

2   judge and the subsequent filing of objections by a party.   This statutory section is

3   inapplicable to the present case.

4         As stated above, the parties in this action both consented to the jurisdiction of the

5   Magistrate Judge pursuant to 28 U.S.C. Section 636(c)(1), which provides in part that,

6   "[u]pon the consent of the parties, a full-time United States magistrate judge . . . may

7   conduct any or all proceedings in a jury or nonjury civil matter and order the entry of

8   judgment in the case."   For this reason, the undersigned did not enter findings and

9   recommendations in this case, but entered a Memorandum Opinion and Order, which

10  included an order that judgment be entered for Respondent.  As set forth in 28 U.S.C. Section

11  636(c)(3), "an aggrieved party may appeal directly to the appropriate United States court of

12  appeals from the judgment of the magistrate judge in the same manner as an appeal from any

13  other judgment of a district court."

14        Accordingly, Petitioner's objections filed March 29, 2006, shall be DISREGARDED

15  by the court.

16  IT IS SO ORDERED.

17  **Dated:     March 31, 2006**              _____/s/  **William M. Wunderlich**_____
    mmkd34                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28                                          2